FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2025

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:20-cr-06042-MKD |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION |
| vs. | |
| LUIS ANTONIO GARCIA-BLANCAS, | ECF No. 128 |
| Defendant. | |

Before the Court is Defendant Luis Antonio Garcia-Blancas' Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A). ECF No. 128. The Court has reviewed the motion and the record and is fully informed. For the reasons stated below, the Court denies the motion.

## BACKGROUND

In December 2020, Defendant was charged with distribution of controlled substances. ECF No. 1. On April 1, 2021, he pleaded guilty to Count 2 of the Indictment, which charged him with Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

ORDER - 1

1    ECF No. 55.  On July 28, 2022, Defendant was sentenced to 108 months

2    imprisonment.  ECF No. 118 at 1-2.

3        Defendant filed the instant Motion for Sentence Reduction Under 18 U.S.C.

4    § 3582(c)(1)(A) on October 14, 2025.  ECF No. 128.  The United States did not

5    file a response.

## LEGAL STANDARD

7        A defendant who moves for sentence reduction under Section 3582(c)(1)(A)

8    must first exhaust all administrative remedies.  18 U.S.C. § 3582(c)(1)(A).  The

9    defendant may move for sentence reduction after "fully exhaust[ing] all

10    administrative rights to appeal a failure of the Bureau of Prisons to bring a motion

11    on the defendant's behalf" or after "the lapse of 30 days from the receipt of such a

12    request by the warden of the defendant's facility."  *Id.*

## DISCUSSION

14        Defendant indicates that he has not submitted a request for compassionate

15    release to the warden and does not otherwise show that he has satisfied the

16    administrative exhaustion requirement.  ECF No. 128 at 3.  The Court finds that

17    Defendant failed to exhaust his administrative remedies as required by

18    18 U.S.C. § 3582(c)(1)(A) before bringing this motion.  Accordingly, the Court

19    lacks authority to consider Defendant's Motion for Sentence Reduction.

20

ORDER - 2

**IT IS ORDERED:**

1. The Motion for Sentence Reduction, **ECF No. 128,** is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant Luis Antonio Garcia-Blancas and counsel for the United States.

DATED October 28, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3